**Order filed July 22, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00408-CV
_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**R.D. PARIKH, Appellee**

---

**On Appeal from County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052722**

---

## O R D E R

The notice of appeal in this case was filed May 27, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **August 6, 2014.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM